

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

July 24, 1957

This Opinion
Affirms Opinion

#. V-1121

Honorable Stanley Kacir
County Attorney
Bell County
Belton, Texas

Dear Sir:

Opinion No. WW-189

Re: Does Attorney General's Opin-
ion No. V-1121 apply to the
issuance of a Beer Retailer's
On-Premises License to a non-
profit, no capital stock,
Texas corporation?

You have requested our opinion as to the applicability
of Attorney General's Opinion No. V-1121 to the provisions of
Section 5 (2) (h), Article 667, Vernon's Penal Code. More spe-
cifically, your inquiry concerns whether a non-profit corpora-
tion having no capital stock can qualify for a beer retailer's
on-premise license under the above section, which reads in part
as follows:

"Section 5.

"Any person may file an application for a
license as a Manufacturer, Distributor or Retail
Dealer of beer in vacation or in termtime with
the County Judge of the county in which the ap-
plicant desires to engage in such business. The
County Judge shall refuse to approve the appli-
cation for such license if he has reasonable
grounds to believe and finds any of the following
to be true:

". . .

"2. If a Distributor or Retailer:

". . .

"(h) If a corporation, that the applicant
is not incorporated under the laws of this State;
or that at least fifty-one percent (51%) of the
stock of such corporation is not owned at all
times by citizens who have resided within this
State for a period of three (3) years and who pos-
sess the qualifications required of other appli-
cants for licenses; . . ."

Opinion V-1121 involved a determination of a similar problem concerning package store permits under the terms of Section 18 of Article 666, Vernon's Penal Code, which is as follows:

"Section 18.

"No person who has not been a citizen of Texas for a period of three (3) years immediately preceding the filing of his application therefor shall be eligible to receive a permit under this Act. No permit shall be issued to a corporation unless the same be incorporated under the laws of the State and unless at least fifty-one percent (51%) of the stock of the corporation is owned at all times by citizens who have resided within the State for a period of three years and who possess the qualifications required of other applicants for permits; . . ."

In our opinion the provisions of Section 5 (2) (h) of Article 667, and Section 18 of Article 666 are identical in requiring that a corporation be both a domestic corporation and be owned to the extent of 51% of its capital stock by residents of Texas who possess the qualifications required of other applicants for permits or licenses. Section 18 of Article 666 states the requirement positively, and states that no permit shall issue unless both requirements are fulfilled. Section 5 (2) (h) of Article 667 states the _same_ requirements negatively, and provides that the County Judge shall _refuse_ to issue a license if either of the requirements are found _not_ to exist.

This office, in Opinion V-1121, held that a non-profit, no capital stock corporation could not qualify for a package store permit. We here reaffirm the reasoning and holding of that opinion and apply it to the present inquiry as a basis for our present opinion. For your convenience we have attached a copy of Opinion V-1121.

You are therefore advised that, applying the construction and reasoning of Opinion V-1121, a non-profit, no capital stock corporation cannot qualify for the issuance of a beer retailer's on-premise license under the provisions of Section 5 (2) (h) of Article 667, Vernon's Penal Code. If such a corporation were to apply for such a license it would be the mandatory duty of the County Judge to refuse to approve the application under the above Section of the Liquor Control Act.

## SUMMARY

A beer retailer's on-premise license may not be issued to a non-profit, no capital stock corporation because such corporation cannot qualify under Section 5 (2) (h) of Article 667, V.P.C.

Yours very truly,

WILL WILSON
Attorney General of Texas

By
John H. Minton, Jr.
Assistant

JHM:zt:wb

APPROVED:

OPINION COMMITTEE

H. Grady Chandler, Chairman
C. K. Richards
Marvin Thomas

REVIEWED FOR THE ATTORNEY GENERAL

BY:   Geo. P. Blackburn